# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

N.Y.V.D.,

             Petitioner,

          v.

ERNESTO SANTACRUZ, et al.,

             Respondents.

Case No. 5:25-cv-3404-WLH-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: April 30, 2026



HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE